1 | William M. Sloan (SBN 203583)
wmsloan@venable.com
2 | Tyler G. Welti (SBN 257993)
tgwelti@venable.com
3 | VENABLE LLP
101 California Street, Suite 3800
4 | San Francisco, CA 94111
Telephone:   415.653.3750
5 | Facsimile:    415.653.3755

6 | R. James Slaughter (SBN 1928313)
Rslaughter@keker.com
7 | Eric H. MacMichael (SBN 231697)
emacmichael@keker.com
8 | KEKER, VAN NEST & PETERS LLP
633 Battery Street
9 | San Francisco, CA 94111
Telephone:   415.391.5400
10 | Facsimile:    415.397.7188

11 | *Attorneys for Plaintiff* ATHLETICS INVESTMENT GROUP LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ATHLETICS INVESTMENT GROUP LLC<br><br>Plaintiff,<br><br>v.<br><br>SCHNITZER STEEL INDUSTRIES, INC.<br><br>Defendant. | Case No. 4:21-cv-05246-SBA<br><br>**STIPULATION TO EXTEND CASE SCHEDULE; ORDER AS MODIFIED**<br><br>Complaint filed: July 7, 2021<br><br>Honorable Saundra B. Armstrong |

**STIPULATION**

WHEREAS, the Complaint in this action was filed on July 7, 2021;

WHEREAS, Plaintiff Athletics Investment Group, LLC filed a motion to compel Defendant Schnitzer Steel Industries, Inc. to respond to certain Requests for Production of Documents on January 26, 2022 (Dkt. 028);

WHEREAS, this discovery dispute was referred to Magistrate Judge Donna M. Ryu on January 28, 2022 (Dkt. 029);

WHEREAS, on April 14, 2022, the Magistrate Judge conducted a hearing and entered a Minute Order granting Plaintiff's motion to compel (Dkt. 036);

WHEREAS, the Parties agree that good cause exists to extend the current case schedule so that further discovery can occur;

WHEREAS, this is the first such request for an extension;

NOW, THEREFORE, THE PARTIES STIPULATE TO THE FOLLOWING:

1. The current case schedule shall be altered as set forth below:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline for completion of non-expert written fact discovery | May 1, 2022 | November 1, 2022 |
| Deadline for completion of non-expert depositions | June 1, 2022 | December 9, 2022 |
| Deadline for expert designation | August 1, 2022 | February 1, 2023 |
| Deadline for rebuttal expert disclosure | August 15, 2022 | February 15, 2023 |
| Deadline for completion of expert discovery | October 1, 2022 | April 3, 2023 |
| Deadline for filing motions for summary judgment | December 1, 2022 | June 1, 2023 |
| Deadline for all dispositive motions to be heard | January 10, 2023 | July 12, 2023 at 2:00 pm |
| Pre-trial Conference |  | October 11, 2023 at 2:00pm |

| | | |
|---|---|---|
| Trial | April 24, 2023 | October 23, 2023 at 10:00 am |

2. The briefing schedule set forth in this Court's order dated October 19, 2020 (Dkt. 025) shall be altered as set forth below:

| **Filings** | **Current Due Date** | **Proposed Due Date** |
|---|---|---|
| Pretrial Statement Trial Briefs Findings of Fact Witness Lists Exhibit Lists Discovery Designations Proposed Jury Instructions Proposed Jury Voir Dire Proposed Verdict Forms | February 28, 2023 | August 28, 2023 |
| Motions in Limine Objections to Evidence Objections to Separately Proposed Jury Instructions | March 13, 2023 | September 13, 2023 |
| Oppositions to Motions in Limine Responses to Objections to Evidence | March 20, 2023 | September 20, 2023 |
| Replies for Motions in Limine Objections to Evidence (optional) | March 27, 2023 | September 27, 2023 |

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: 04/25/2022     *William M. Sloan*

Counsel for Plaintiff

Dated: 04/25/2022     *Ronald VanBuskirk*

Counsel for Defendant

**IT IS ORDERED** that the foregoing Stipulation is approved, and the deadlines in the Court's October 19, 2021 Order for Pretrial Preparation (Dkt. 025) are modified accordingly.

Dated:  5/20/2022             *Saundra B. Armstrong*  RS

Richard Seeborg for Saundra B. Armstrong
JUDGE OF THE NORTHERN DISTRICT OF CALIFORNIA