IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHLETICS INVESTMENT GROUP, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>SCHNITZER STEEL INDUSTRIES, INC.,<br><br>          Defendant. | Case No.  21-cv-05246-MMC<br><br>**AMENDED\***<br>**ORDER ADVANCING STATUS CONFERENCE** |

Before the Court is the parties' "Stipulation and [Proposed] Order to Extend Case Schedule," whereby the parties seek to extend, by various lengths of time ranging from 91 to 154 days, the eight remaining pretrial deadlines.  Additionally, the parties seek a continuance of the trial and pretrial conference dates to "the earliest available date consistent with" the parties' proposed pretrial extensions.  (See Stip. at 5:25-26.)  Having read and considered the Stipulation, the Court finds it appropriate to advance the Status Conference, presently scheduled for August 18, 2023, to address the need for extensions.  Additionally, the date that appears to be the parties' proposed new trial date is unavailable,[1] as are the trial dates in a number of weeks thereafter.

//

---

\*The sole amendment is to substitute "August 18" for "November 9" on page 1, line 20, and page 2, line 1.

[1] The parties request the deadline to meet and confer regarding the pretrial conference be continued to February 5, 2024, a date consistent with a trial beginning March 25, 2024.

Accordingly, the Status Conference is hereby ADVANCED from August 18, 2023, to April 7, 2023, at 10:30 a.m.  A Joint Status Conference Statement shall be filed no later than March 31, 2023.

**IT IS SO ORDERED.**

Dated: March 7, 2023

MAXINE M. CHESNEY
United States District Judge