William M. Sloan (SBN 203583)
wmsloan@venable.com
Tyler G. Welti (SBN 257993)
tgwelti@venable.com
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

R. James Slaughter (SBN 1928313)
rslaughter@keker.com
Eric H. MacMichael (SBN 231697)
emacmichael@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Telephone:    415.391.5400
Facsimile:    415.397.7188

Attorneys for Plaintiff ATHLETICS
INVESTMENT GROUP LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATHLETICS INVESTMENT GROUP LLC | Case No. 3:21-cv-05246-MMC |
| Plaintiff, | Honorable Maxine M. Chesney |
| v. | **PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| SCHNITZER STEEL INDUSTRIES, INC. | |
| Defendant. | |
| | Action Filed: July 7, 2021 |
| | Trial Date: June 24, 2024 |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Protective Order entered by this Court in this action (at Dkt. No. 27), Plaintiff Athletics Investment Group LLC ("Plaintiff"), respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed regarding documents submitted in connection with Plaintiff's Motion for Partial Summary Judgment.

Specifically, the documents subject to this Administrative Motion include:

| Document | Portions of Document to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Exhibit 2 to Hoffman Decl. | Entirety | Defendant Schnitzer Steel Industries, Inc. |
| Exhibit 6 to Hoffman Decl. | Entirety | Defendant Schnitzer Steel Industries, Inc. |

Plaintiff files this motion with respect to the above-identified documents because Defendant Schnitzer Steel Industries, Inc. has designated each of those documents as "Confidential" under the terms of the Protective Order entered in this case. Dkt. No. 27. Along with this motion, Plaintiff submits the Declaration of Sarah M. K. Hoffman, which attaches unredacted copies of the documents referenced above.

Dated: April 5, 2024

VENABLE LLP

By:   William M. Sloan
      Tyler G. Welti

Attorneys for Plaintiff Athletics Investment Group LLC

Dated: April 5, 2024

KEKER, VAN NEST & PETERS LLP

/s/ R. James Slaughter
By:   R. James Slaughter
      Eric H. MacMichael

Attorneys for Plaintiff Athletics Investment Group LLC

-1-

CONCURRENCE

I, William M. Sloan, am the user whose ID and password are being used to file this PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT. I hereby attest that R. James Slaughter has concurred in this filing.

Dated: April 5, 2024                                    _/s/ William Sloan_
                                                        WILLIAM M. SLOAN

-2-