IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ATHLETICS INVESTMENT GROUP, LLC, | Case No. 21-cv-05246-MMC |
|---|---|
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE BAY AREA AIR QUALITY MANAGEMENT DISTRICT'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |
| v. | |
| SCHNITZER STEEL INDUSTRIES, INC., | |
| Defendant. | |

Before the Court is the "Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge" ("Motion for Relief"), filed May 16, 2024, by non-party Bay Area Air Quality Management District ("the Air District"), whereby the Air District seeks relief from the Order Following In Camera Review, filed May 14, 2024, by Chief Magistrate Judge Donna Ryu ("May 14 Order"). Having read and considered the Motion for Relief, the Court rules as follows.

A district court may reconsider an order issued by a magistrate judge determining a nondispositive pretrial matter "where it has been shown that the magistrate's judge order is clearly erroneous or contrary to law." See 28 U.S.C. § 636(b)(1)(A). Here, Judge Ryu, in the May 14 Order, granted in part plaintiff Athletics Investment Group, LLC's motion to compel the Air District to produce specified documents, and, in so ruling, set several deadlines, including three dates as to which the Air District seeks relief.[1] A review of the record, however, does not indicate the Air District, at the time it appeared

---

[1] The Motion for Relief objects to (1) the May 20, 2024, deadline to submit a declaration supporting any assertion of the official information privilege, (2) a May 21, 2024, deadline to produce documents as to which the deliberative process privilege has been withdrawn, and (3) the May 21, 2024, deadline to update privilege and redaction logs. (See Mot. at 3:22-4:6.)

before Judge Ryu, ever argued that, in the event of a finding directing it to take further action, it would require any particular length of time to comply.  (See Doc. Nos. 103, 105, 143.)  Rather, it appears that it was not until after Judge Ryu issued her Order that the Air District came to the realization that it would be difficult to comply with the three challenged deadlines.  Under such circumstances, no showing has been made that the May 14 Order is clearly erroneous or contrary to law.

Accordingly, the Motion for Relief is hereby DENIED, without prejudice to the Air District's seeking such relief from Judge Ryu.

**IT IS SO ORDERED.**

Dated: May 17, 2024

MAXINE M. CHESNEY
United States District Judge