```
 1  KEKER, VAN NEST & PETERS LLP
    R. JAMES SLAUGHTER - # 192813
 2  rslaughter@keker.com
    TRAVIS SILVA - # 295856
 3  tsilva@keker.com
    633 Battery Street
 4  San Francisco, CA 94111-1809
    Telephone:     415 391 5400
 5  Facsimile:     415 397 7188

 6  VENABLE, LLP
    WILLIAM M. SLOAN - # 203583
 7  wmsloan@venable.com
    TYLER G. WELTI - # 257993
 8  tgwelti@venable.com
    101 California Street, Suite 3800
 9  San Francisco, CA 94111
    Telephone:     415.653.3750
10  Facsimile:     415.653.3755

11  Attorneys for Plaintiff ATHLETICS
    INVESTMENT GROUP, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATHLETICS INVESTMENT GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SCHNITZER STEEL INDUSTRIES, INC., <br><br> Defendant. | Case No. 3:21-cv-05246-MMC <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND CLOSING ARGUMENTS** <br><br> Dept.: Courtroom 7 – 19th Floor <br> Judge: Hon. Maxine M. Chesney <br><br> Date Filed: July 7, 2021 <br> Trial Date: November 12, 2024 |

Plaintiff Athletics Investment Group LLC ("AIG") and Defendant Schnitzer Steel Industries, Inc. ("Schnitzer") (together, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, the Court held a bench trial on this matter from November 12, 2024 to November 21, 2024;

WHEREAS, the Court ordered that the Parties' Proposed Findings of Fact and Conclusions of Law be filed and served on January 17, 2025 (Dkt. 262);

WHEREAS, the Court scheduled closing arguments to take place February 19, 2025 at 9:00 a.m. (Dkt. 262);

WHEREAS, one of AIG's principal attorneys is currently unavailable due to an unexpected family matter;

WHEREAS, subject to the Court's approval, the Parties thus agree to a two-week extension of the deadline to file the Proposed Findings of Fact and Conclusions of Law, with a similar extension of the date for closing arguments.

THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. The Parties' Proposed Findings of Fact and Conclusions of Law shall be filed and served on January 31, 2025;

2. The February 19, 2025 date for closing arguments should be vacated. The parties are available for closing arguments March 11-14, 2025.

IT IS SO STIPULATED.

Dated: January 10, 2025                         KEKER, VAN NEST & PETERS LLP

                                                By:  /s/ R. James Slaughter
                                                     R. JAMES SLAUGHTER
                                                     TRAVIS SILVA

                                                     Attorneys for Plaintiff ATHLETICS
                                                     INVESTMENT GROUP, LLC

|   |   |   |
|---|---|---|
| Dated: January 10, 2025 |   | VENABLE LLP |
|   | By: | /s/ William M. Sloan<br>WILLIAM M. SLOAN<br>TYLER G. WELTI |
|   |   | Attorneys for Plaintiff ATHLETICS INVESTMENT GROUP, LLC |
| Dated: January 10, 2025 |   | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | By: | /s/ Ronald Van Buskirk<br>RONALD VAN BUSKIRK |
|   |   | Attorneys for Defendant, SCHNITZER STEEL INDUSTRIES, INC. |

## ATTESTATION

I, R. James Slaughter, am the user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND CLOSING ARGUMENTS. I hereby attest that the concurrence in the filing of this document has been obtain from the other signatories.

Dated: January 10, 2025          /s/ R. James Slaughter
                                 R. JAMES SLAUGHTER

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The parties' deadline to file Proposed Findings of Fact and Conclusions of Law is continued to January 31, 2025.

2. The Court will hear closing arguments on March 12, 2025, at 9:00 a.m.

Dated: January 10, 2025                    HON. MAXINE M. CHESNEY